**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK CRUMPACKER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINE CIRAOLO-KLEPPER;<br>MICHAEL MARTINEAU;<br>MARK J. LANGER;<br>COMM'R., INTERNAL REVENUE;<br>UNITED STATES ATTORNEY GENERAL;<br>and<br>2 UNKNOWN-NAMED IRS/DOJ ATTORNEYS,<br><br>Defendants. | Case: 1:18-mc-00011<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 1/24/2018<br>Description: Misc.<br><br>Case No. 1:16-cv-01053 |
| UNITED STATES OF AMERICA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>MARK CRUMPACKER,<br>MICHAEL B. ELLIS, and<br>ROBERT A. MCNEIL,<br><br>Counterclaim Defendants. | |

**ORDER**

The Court hereby ORDERS the Clerk's office to open a miscellaneous case to adjudicate issues related to [44] the April 19, 2017 pre-filing injunction issued against Robert McNeil and Michael Ellis. The case should be styled "In re McNeil and Ellis Pre-Filing Injunction" with the United States as movant and Michael B. Ellis and Robert A. McNeil as respondents.

The following docket entries related to the injunction and Mr. McNeil and Ellis's Motion for Recusal should be copied to the new miscellaneous case: 30, 37, 39, 43, 44, 45, 46, 47, 52, 53, 54, 56, 58, 59, 60, 61, 62, 66, and 67, and Minute Orders issued on August 9, 2017 and December 15, 2017. The parties are directed to file all further motions and papers concerning the injunction in the new miscellaneous case.

Christopher R. Cooper

CHRISTOPHER R. COOPER
United States District Judge

Date: January 24, 2018